VON WANGENHEIM v. NEW YORK STOCKYARDS CO. (No. 7837.)

(Supreme Court, Appellate Division, First Department. November 5, 1915.)

NEGLIGENCE ⊕⟩136—DAMAGES—PROXIMATE CAUSE.

Where the negligence alleged in the complaint is not the proximate cause of the injury complained of, it is proper to dismiss the complaint.

[Ed. Note.—For other cases, see Negligence, Cent. Dig. §§ 277–353; Dec. Dig. ⊕⟩136.]

Laughlin, J., dissenting.

Appeal from Trial Term, New York County.

Action by Waldemar Von Wangenheim against the New York Stockyards Company. From a judgment dismissing the complaint (153 N. Y. Supp. 696), plaintiff appeals. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Harry A. Gordon, of New York City, for appellant.
Charles C. Marsh, of New York City, for respondent.

PER CURIAM. We think that the negligence alleged in the complaint was not the proximate cause of the injury complained of, and that, therefore, the action of the trial court in dismissing the complaint was correct.

It follows that the judgment appealed from should be affirmed, with costs.

LAUGHLIN, J., dissents.